In the Matter of the Will of JAMES E. WEAVER, Deceased. AUGUSTUS J. MCNARY, Appellant; EFFIE M. MCNARY et al., Respondents.

Argued May 18, 1938; decided June 3, 1938.

*John H. Cogan* for appellant.

*John N. Schilling* for petitioner, respondent.

*Arthur L. Andrews* for National Commercial Bank and Trust Company of Albany et al., as executors and trustees, respondents.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.